In the Matter of PAUL H. RITCHEY, Appellant; ADDIE V. RITCHEY, Respondent.

Argued January 7, 1942; decided February 26, 1942.

*Walter A. Swan* and *Willet E. Hazard* for appellant.

*Judson A. Parsons* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.